United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BARBOSA-CANDALENT,

    Petitioner,

  v.

I. D. CLAY, warden,

    Respondent.

                            /

No. C 07-2430 SI (pr)

**ORDER OF TRANSFER**

    Mark Barbosa-Candalent has filed a petition for writ of habeas corpus to challenge his 2001 conviction in El Dorado County Superior Court. El Dorado County lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: May 9, 2007

                                                     SUSAN ILLSTON
                                                  United States District Judge